| AO 10 Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Duffey, Jr., William S | 2. Court or Organization Northern District of Georgia | 3. Date of Report 05/13/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Court - Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address 1721 United States Courthouse 75 Spring Street, S.W. Atlanta, GA 30303-3309 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 21 A 10: 58 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Random House, Inc. - Royalties from copyrights |
| 2. 2006 | Holtzbrink Publishing Holdings, LP - royalties from copyrights |
| 3. 2006 | Penguin Group (USA) Inc. - royalties from copyrights |
| 4. 2006 | Self-employed writer |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Pepperdine University School of Law | March 17-19, Malibu, CA, Speech at The Judicial Clerkship Institute (Airfare, Gasoline, Rental Car, Parking) |
| 2. | FBI Academy | January 19-20, Quantico, VA, Speech at Drug Enforcement Administration Office of Training (Airfare, Hotel, Mileage, Parking, Per diem) |
| 3. | FBI Undercover School | August 9-11, Hollywood, FL, Speech at FBI Undercover Program (Airfare, Hotel, Parking) |
| 4. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S | 05/13/2007 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S | 05/13/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S | 05/13/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #2 | | | | | | | | | |
| 2. -MS Bank Deposit Program (Formerly Active Assets Money Trust | A | Interest | J | T | | | | | |
| 3. | A | Dividend | | | | | | | |
| 4. -American LTD Term Tax-Ex Bond | A | Interest | K | T | | | | | |
| 5. -Franklin Mutual Shares Fund | A | Dividend | L | T | | | | | |
| 6. | C | Distribution | | | | | | | |
| 7. -Morgan Stanley Asia Pacific | A | Dividend | K | T | | | | | |
| 8. -Troup Co Facs BE | A | Interest | K | T | | | | | |
| 9. -AAtlanta WTR-A BE | B | Interest | K | T | | | | | |
| 10. -Van Kampen Emerging Market Fund | D | Distribution | M | T | Partial Sale | 01-09 | K | E | |
| 11. | A | Dividend | | | | | | | |
| 12. -Van Kampen Equity Growth Fund | | None | L | T | | | | | |
| 13. -Ishares Goldman Sachs Tec Ind | A | Dividend | K | T | | | | | |
| 14. | A | Distribution | | | | | | | |
| 15. -Vanguard European Vipers | A | Dividend | J | T | | | | | |
| 16. -Powershares Exchange Tr FD | A | Dividend | K | T | Buy | 01-09 | K | | |
| 17. IRA #1 | C | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S | 05/13/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | B | Interest | | | | | | | |
| 19. -Liquid Asset Fund | | | | | | | | | |
| 20. -Health Care Sel Sect Spdr | | | | | | | | | |
| 21. -Ishares MSCI Eafe Fund | | | | | | | | | |
| 22. -Powershares Hi Yld Eq Div | | | | | | | | | |
| 23. -Putnam Premier Income TR SBI | | | | | Sell | 03-21 | K | A | |
| 24. -Utilities Sel Sect Spdr Fund | | | | | | | | | |
| 25. -Government National Mortgage Assn Pool 7.5% | | | | | | | | | |
| 26. -FHR 2920 WG 5.25% | | | | | Partial Sale | 12-15 | J | | |
| 27. -Federal National Mtg Assn | | | | | Partial Sale | 11-25 | J | | |
| 28. -MS International Small Cap | | | | | | | | | |
| 29. -MS Special Value Fund B | | | | | Partial Sale | 3-21 | K | D | |
| 30. -MS International Fund | | | | | | | | | |
| 31. -MS Special Value Fund A | | | | | Buy | 12-01 | J | | |
| 32. -Fed Home Ln Bk 5.00% | | | | | Buy | 03-21 | K | | |
| 33. IRA #2 | D | Dividend | P1 | T | | | | | |
| 34. | D | Interest | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,000 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S | 05/13/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -MS Bank Deposit Program (Fomerly Liquid Asset Fund) | | | | | | | | | |
| 36. -Blackrock LTD Duration Inc. | | | | | Sell | 09-11 | K | | |
| 37. -Eaton Vance LTD Duration Inc. | | | | | | | | | |
| 38. -Ishares DJ Basic Materials | | | | | | | | | |
| 39. -Ishares DJ Healthcare | | | | | | | | | |
| 40. -Ishares DJ Financial | | | | | | | | | |
| 41. -Ishares DJ Consumer Cyclical | | | | | | | | | |
| 42. -Ishares S&P Global Energy | | | | | | | | | |
| 43. -Morgan Stanley Emerg Mkts Fund | | | | | | | | | |
| 44. -Nuveen Qual PFD Income Fund | | | | | Sell | 09-11 | K | B | |
| 45. -Powershares Dynamic Pharmaceutical | | | | | | | | | |
| 46. -Powershares Exchange TR FD | | | | | | | | | |
| 47. -The Technology Sel Sec SPDR FD | | | | | | | | | |
| 48. -US Treasury Zero Coupon, 5/07 | | | | | | | | | |
| 49. -US Treasury Note 4.75% 11/15/08 | | | | | | | | | |
| 50. -US Treasury Zero Coupon 2/09 | | | | | | | | | |
| 51. -US Treasury note 6%, due 8/09 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S | 05/13/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -US Treasury Bond Inflation Index 3% | | | | | Sell | 09-21 | L | | |
| 53.  -FNMA Bond 3.25%, 11/07 | | | | | | | | | |
| 54.  -FHLB Bond 4.75%, 9/09 | | | | | | | | | |
| 55.  -Fed Home Ln Mtg Corp | | | | | Sell | 11-20 | K | A | |
| 56.  -Government National Mortgage Assn. 8%, 11/24 | | | | | Partial Sale | 12-20 | J | A | |
| 57.  -MS Special Value Fund B | | | | | | | | | |
| 58.  -MS Spectrum Select (Dean Witter Spectrum Select) | | | | | | | | | |
| 59.  -MS DW Spectrum Currency | | | | | | | | | |
| 60.  -MS Charter Campbell | | | | | | | | | |
| 61.  -MSDW Charter DWFCM LP | | | | | | | | | |
| 62.  -MS Charter Graham | | | | | | | | | |
| 63.  -Fidelity Adv Growth Opp | | | | | Transferred | 08-01 | K | | |
| 64.  -Ishares Lehman 1-3 YR TSY BD | | | | | Buy | 09-11 | K | | |
| 65.  -Putnam Premier Income TR SBI | | | | | Buy | 09-11 | K | | |
| 66.  -FHR 3237 CB 7/36 | | | | | Buy | 12-05 | K | | |
| 67.  -Federal National Mtg Assn | | | | | Buy | 09-21 | L | | |
| 68.  Roth IRA #1 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 J =$15,000 or less | G =$100,001 - $1,000,000 K =$15,001 - $50,000 | H1 =$1,000,001 - $5,000,000 L =$50,001 - $100,000 | H2 =More than $5,000,000 M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S | 05/13/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Van Kampen Growth & Income C | | | | | | | | | |
| 70. Roth IRA #2 | A | Dividend | J | T | | | | | |
| 71. -Van Kampen Growth & Income C | | | | | | | | | |
| 72. Brokerage #4 | | | | | | | | | |
| 73. -MS Focus Growth Fd C (Formerly American Opportunities Fund) | | None | K | T | Partial Sale | 01-03 | J | | |
| 74. -Dividend Growth Securities B | A | Dividend | J | T | | | | | |
| 75. | C | Distribution | | | | | | | |
| 76. -Van Kampen Select Growth Fund | | None | | | Sell | 01-03 | J | | |
| 77. -US Government Money Market Trust | A | Dividend | J | T | | | | | |
| 78. NW Mutual Extra Ordinary Life | | None | J | | | | | | |
| 79. NW Mutual Estate CompLife | | None | L | | | | | | |
| 80. NW Mutual 65 Life | | None | L | | | | | | |
| 81. K & S Investments | A | Interest | J | U | | | | | |
| 82. | A | Dividend | | | | | | | |
| 83. | B | Distribution | | | | | | | |
| 84. C & B Capital I, L.P. * | A | Dividend | K | U | | | | | |
| 85. | A | Interest | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S | 05/13/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | D | Distribution | | | | | | | |
| 87.   C & B Capital II, L.P. ** | | None | | | | | | | |
| 88.   Betsy Byars, Inc. | | None | M | W | | | | | |
| 89.   Gold coins | | None | J | T | | | | | |
| 90.   Brokerage Account #1 | | | | | | | | | |
| 91.   -MS Bank Deposit Program (Formerly Active Assets Fund) | A | Interest | J | T | | | | | |
| 92.   -Ishares MSCI EAFE Fund | A | Dividend | K | T | | | | | |
| 93.   -Ishares MSCI Emerging Markets | A | Dividend | K | T | Partial Sale | 01-06 | J | C | |
| 94. | | | | | Partial Sale | 01-10 | J | C | |
| 95.   -Ishares DJ Consumer Cylclical | A | Dividend | K | T | | | | | |
| 96. | A | Distribution | | | | | | | |
| 97.   -Ishares DJ Consumer Noncyclical | A | Dividend | K | T | | | | | |
| 98.   -Ishares DJ Financial | B | Dividend | L | T | | | | | |
| 99.   -Ishares DJ Healthcare | A | Dividend | L | T | | | | | |
| 100.  -Ishares DJ Industrial | A | Dividend | L | T | Partial Sale | 04-28 | J | C | |
| 101.  -Standard & Poors Midcap 400 | A | Dividend | L | T | | | | | |
| 102.  -Intertational Value Equity Fund | E | Distribution | M | T | Partial Sale | 03-02 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S | 05/13/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | B | Dividend | | | | | | | |
| 104. -Warren Co Go BE | A | Interest | | | Sell | 06-01 | K | | |
| 105. -MS Equally Weighted S & P 500 | C | Distribution | L | T | | | | | |
| 106. | A | Dividend | | | | | | | |
| 107. -Georgia St General Obligation Ser D | D | Interest | M | T | Buy | 04-01 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S | 05/13/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

*Ownership interest percentage is 0.26121%. During the reporting period, C&B Capital I, L.P. held interests in the following companies:
   Payerpath, Inc.
   BSC Ventures, LLC
   Cypress Care, Inc.
   Central Security Group, Inc.
   Appforge, Inc.
   VCG, Inc.
   S.P.I. Dynamics, Inc.
   Global Care, Inc.
   NuBridges, Inc.
   Alliance Surgery, Inc.
   Alimera Sciences, Inc.
   Focus Receivables Management, Inc.

**Ownership interest percentage is 0.74340%. During the reporting period, C&B Capital II, L.P. held interests in the following companies:
   MR Default Services, Inc.
   SnagAJob.com, L.P.

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S | 05/13/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____    Date  May 14, 2007

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544